UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMOND ROBERT MANSOOR,<br><br>Plaintiff,<br><br>v.<br><br>M/V ZAANDAM, its engines, appurtenances and tackle, in rem, and HOLLAND AMERICA LINE- WESTOURS, INC.; HAL NEDERLAND N.V. CORP.; HOLLAND AMERICA LINE N.V. ; HOLLAND AMERICA, INC.; HOLLAND AMERICA LINE-USA INC., in personam,<br><br>Defendants. | Case No. CO5-1027P<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF EDMOND ROBERT MANSOOR , and on behalf of DEFENDANTS in the amount of $2,475.81  as follows:

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   DEPOSITION COSTS | $2,475.81 | 0 | $2,475.81 |

Clerk allowed as taxable costs all expenses incurred for depositions actually used in lieu of live testimony or to impeach by either party at trial. Costs for exhibits ,videotaped depositions and deposition transcripts were allowed if actually presented to the court.

Dated this ___18th___ day of SEPTEMBER, 2006 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2